UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
NATURAL PRODUCTS, etc.,
                                      NO. CV-F-04-5026 OWW LJO
          Plaintiff,
vs.                                   ORDER OF DISMISSAL

FRESH 1 MARKETING, etc.,

          Defendant.
_____/
```

The Court having previously been advised that a settlement had been reached in this matter, and the parties having failed to file the requested stipulated dismissal as requested;

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   March 15, 2006**            /s/ Oliver W. Wanger
emm0d6                                 UNITED STATES DISTRICT JUDGE